AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES RAYMOND EVANS, III,

    Plaintiff,

v.

COFFEE CORRECTIONAL FACILITY,
WARDEN DANFORTH, and
ASSISTANT WARDEN STONE,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:24-cv-54

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated May 21, 2025, the Court dismisses Plaintiff's Complaint and denies Plaintiff leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

5/21/2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020